ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DELAY GRAHAM,<br><br>                              Defendant. | CASE NO.  2:23-CR-26-DAD<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET ADMIT/DENY HEARING; ORDER<br><br>DATE: June 22, 2026<br>TIME: 9:30 AM<br>COURT: Hon. DALE A. DROZD |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Charles Campbell, and defendant DELAY GRAHAM, by and through his counsel of record, Robin Chang, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on June 22, 2026, at 9:30 AM, before this Court.  *See* Dkt. No. 15.  The Court set that date to allow the parties time to determine whether it would be necessary to hold a contested revocation hearing.

2.      The parties have since conferred and agree that a contested revocation hearing is not necessary, as the defendant is prepared to waive the right to such a hearing pursuant to Fed. R. Crim. P. 32.1(b)(2).

3.      The parties request that the Court convert the status conference on June 22, 2026, to an Admit/Deny hearing.  At that hearing, in lieu of the defendant's admission on the record, the defendant will waive the right to a revocation hearing pursuant to Rule 32.1(b)(2), and the parties will ask the

STIPULATION

1

Court to make the findings required by 18 U.S.C. § 3583(e)(3), based on the factual recitation in the supervised release violation petition. *See Superseding Violation Pet.*, Dkt. No 8.

IT IS SO STIPULATED.

Dated:  June 17, 2026

ERIC GRANT
United States Attorney


/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney


Dated:  June 17, 2026

/s/ Robin Chang
ROBIN CHANG
Counsel for Defendant
DELAY GRAHAM


**ORDER**

IT IS SO ORDERED.

Dated:   **June 18, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION

2