HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ROBIN H. CHANG, Bar #355496
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Robin_Chang@fd.org

Counsel for Defendant
DELAY GRAHAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELAY GRAHAM,<br><br>Defendant. | No. Cr. 2:23-cr-00026-DAD<br><br>**STIPULATION AND ORDER TO VACATE REVOCATION HEARING**<br><br>Judge: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Charles Campbell, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Robin H. Chang, attorneys for Defendant Delay Graham, that the revocation hearing scheduled for July 13, 2026, be vacated.

This request is made to permit the parties be heard on the Motion to Withdraw as Defense Counsel on the same date. Once the issue of Mr. Graham's defense counsel is resolved, parties will request a date to reset the revocation hearing.

Respectfully submitted,

Dated: July 8, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Robin H. Chang*
ROBIN H. CHANG
Assistant Federal Defender
Attorney for Defendant
DELAY GRAHAM

Stipulation to Vacate Revocation Hearing and Order

1

Dated: July 8, 2026

ERIC GRANT
United States Attorney

*/s/ Charles Campbell*
CHARLES CAMPBELL
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation by the parties, and good cause appearing therefore, it is hereby ORDERED that the revocation hearing currently scheduled for July 13, 2026, is VACATED.

Revocation hearing shall be scheduled for a future date on which all parties are available.

IT IS SO ORDERED.

Dated:    **July 8, 2026**                          _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE