ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELAY GRAHAM,<br><br>Defendant. | CASE NO. 2:23-CR-26-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>DATE: August 10, 2026<br>TIME: 9:30 AM<br>COURT: Hon. DALE A. DROZD |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Charles Campbell, and defendant Delay Graham, by and through his counsel of record, Shari Rusk, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on August 10, 2026, at 9:30 AM, before this Court. The Court set that date to allow the parties time to determine whether it would be necessary to hold a contested revocation hearing.

2. The parties are still attempting to find a resolution to the criminal case pending against GRAHAM in Texas which is the basis for the new law violations in the Superseding Violation Petition. *See Superseding Violation Pet.*, Dkt. No 8.

//

//

//

3. The parties request that the Court continue the status conference in this case to October 26, 2026, in order to give the parties time to find an appropriate resolution which will avoid a contested revocation hearing.

IT IS SO STIPULATED.

Dated: August 5, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated: August 5, 2026

/s/ Shari Rusk
SHARI RUSK
Counsel for Defendant
DELAY GRAHAM

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference as to the supervised release violation petition filed in this case which was scheduled for August 10, 2026, is continued to October 26, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **August 6, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE